FILED    The U.S. District Court,

2003 OCT 22  P 4: 47    915 Lafayette Blvd.,

US DIS...    Bridgeport, CT 06604

Doc #: 3:02-CV-01615 (JCH)

BEN· GYABU Vs H.FD. INS. CO. OF ILL·
                                    AND
DAVID SOJA D/B/A C RC SERVICES

MOTION FOR EXTENSION OF TIME TO

APPEAL PENDING A DECISION ON PLAINTIFFS

REQUEST TO SECURE AN ATTORNEY TO FILE
        ^FOR TIME

HIS MOTION FOR REVIEW/RE-CONSIDERATION

          As a result of the Courts
                                    (')
Ruling which was based upon a previous
                              ^
mis-interpretation of the plaintiff's Complaint

or action, e.g. the Courts opening statement

Page 2

which states : "The plaintiff's lawsuit is
the most recent of a series of virtually
identical suits arising out of the same
set of facts — the unfavourable resolution
of his claim for Workers' Compensation..."
when the case was not about any unfavoura-
ble resolution of his claim for Workers' Compensa-
tion but it was raised by the two counsel for the
defendants just to have the action dismissed as
desired (ii) the Courts action which over-looked
the two Counsels BAD-FAITH Conduct of Concocted
Claims for a desired ruling because of which
the plaintiff moved for Sanctions against Counsel
(iii) the Courts action which dismissed the action
for lack of Diversity Jurisdiction when one

Page 3

Mr Ivan Smejkal who was in the same situation as plaintiff was successful in his district Court action against the same Htfd. Ins. Co. Of Illinois without having his action dismissed for lack of diversity jurisdiction and a host of other errors, the plaintiff came to a realization that before he would have any critical evaluation of his complaint for any prosecution of the defendants alleged wrongful actions against him, he must have an attorney to present his Motion for Review / Re-Consideration of the Ruling or Decision

When plaintiff Could not get an attorney as quickly as possible, and he was running out of time the plaintiff moved for

Page 4

Extension of Time that would enable him to file his Motion For Re-Consideration with an attorney without running into any problem of any sort — procedural or otherwise.

In order that the plaintiff would not run into any "out of time" appeal problem, the pro se plaintiff found it prudent to file this Motion pending a decision on his motions that are intended to file a Motion For Review / Re-Consideration through an attorney so that the facts of his Complaint could be properly brought before the Court to avoid another repeatition of unfavourable Ruling and the resultant manifest injustice upon the plaintiff. The pro se plaintiff therefore

Page 5

pray this Motion would receive a favourable consideration or the Court would take any action that would allow the plaintiff to file his Motion for Review / Re-Consideration for a Review to know whether or not there is any need to appeal and if there is, he would not run into any "Out of time" to appeal problem.

Thank you.

Respectfully Submitted.

Ben. Gyady,

P.O. Box 4314,

Waterbury, C 06704

# CERTIFICATION

This is to certify that a copy of the
fore-going was mailed to the ff:

A. Attorney Paul Pollock,
10 Middle Street,
Bridgeport, CT 06604

B. The Law Office of Neal, Lagnese,
21 Oak Str., 7th Floor,
Hartford, CT 06106

Sincerely,

Ben. Gyadu,
P.O. BOX 4314,
Waterbury, CT 06704