The U.S. District Court,
915 Lafayette Blvd.,
Bridgeport, CT 06604

Date: 18th Oct, 2003

BEN. GYAMU vs HTFD. INS. CO. OF ILL. AND DAVID SOJA D/B/A CAC SERVICES

Doc #: 3:02-CV-01615

## AFFIDAVIT

This is to certify that I, BEN. GYAMU, do hereby depose and state the ff:

A. I am the pro se plaintiff of the above entitled action

B. There exist an urgent, critical need to open the case and Review/Re-Consider the Court's Ruling dated the 19th SEPT, 2003

Page 2

c/ Based upon the Courts Ruling and the string of unfavourable rulings which the Court listed every one of them despite the fact that the pro se plaintiff has not had any opportunity to litigate these actions on their merits, the plaintiff has come to a realization that in order to have any critical evaluation of his case without risking any chance of sanctions from the District Court also and leave him without any protection of laws, Constitutional and otherwise, he needs an attorney to assist him to file his papers to open the case for a review of the decision

d/ The pro se plaintiff has been looking for an attorney as it would be discovered from the

Page 3

enclosed Exhibit (A)

D) The plaintiff, however, has not completed the search for an attorney and therefore needs an Extension Of Time of sixty (60) days or whatever Extension Of Time that the Court might deem appropriate to enable the pro se plaintiff to have an attorney to assist him to present his facts appropriately before the Court so that his rights and priviledges provided under the U.S. Constitution could be preserved to, at least, discourage the perpetrators of wrongful acts from taking undue advantage of the indigent, pro se plaintiff

E) The plaintiff followed up on a lead for an attorney but he was told to call back on the

Page 4

27th Oct., 2003, when the person to speak to would be available and therefore needs the Extension of time critically to follow-up on such prospects of getting an attorney

F   By seeking the Courts for a redress of wrongs committed against him and the plaintiff's persistence for justice the plaintiff finds himself being perceived as a nuisance who should be kept away from the Courts leaving him at the mercy of the perpetrators of wrongful actions and causing him all kinds of resultant problems and Irreparable damages and making it absolutely crucial that he gets an attorney to protect his rights under the Constitution

SIGNED: Benjamin Gyadu
B.G.

Subscribed and sworn to before me
this ___21___ day of OCT, 19 2003

_Virginia_____
Notary Public
Date Commission Expires

VIRGINIA ALICEA
NOTARY PUBLIC
MY COMMISSION EXPIRES JULY 31, 2005

APPENDIX

EXH(A)



**SECURITY FIRST** INSURANCE GROUP

# Pre-Paid Legal Services

As a full service agency, we are constantly searching for new markets and products that allow us to better serve our clients. One new product that we are now pleased to offer is Pre-Paid Legal Services.

Pre-Paid Legal Services are a means by which individuals can access affordable, high-quality legal representation for as little as $17 per month. Through Pre-Paid Legal Services, you and your immediate family will have access to the services of a number of highly regarded law firms throughout the nation, 24 hours a day, year round.

The enclosed pamphlet summarizes the many services that are included with your subscription to Pre-Paid Legal Services.

If you are interested in purchasing a Pre-Paid Legal plan, or if you would like to learn more about this product, please contact:

Robert George, Ext. 135
800-647-7321

Thank you for your business, we appreciate your confidence and look forward to hearing from you.

CERTIFICATION

This is to certify that a copy of the fore-going was mailed to the ff:

(a) The Law Office of Lagnese, Neal,
21 Oak Street,
Hartford, CT 06106

(b) Attorney Paul Pollock,
10 Middle Street,
Bridgeport, CT 06604

Sincerely,
Ben. Gyada,
P.O. Box 4314,
Waterbury, CT 06704