02CV1615 mo extm

FILED  The U.S. District Court,

2003 OCT 22 P 4:47   915 Lafayette Blvd.,

US DIST...   Bridgeport, CT 06604

Doc #: 3:02-CV-01615 (JCH)

BEN. GYADU vs HTFD. INS. CO. OF ILL.
AND
DAVID SOJA D/B/A CRC SERVICES

MOTION FOR EXTENSION OF TIME TO
APPEAL PENDING A DECISION ON PLAINTIFFS
FOR TIME
REQUEST TO SECURE AN ATTORNEY TO FILE
HIS MOTION FOR REVIEW/RE-CONSIDERATION

As a result of the Courts
Ruling which was based upon (i) previous
mis-interpretation of the plaintiff's complaint
or action, e.g. the Courts opening statement

The motion is granted. Demonstrates The time is extended to 11/24/03.
The court finds that the effort to secure counsel is good cause.
S/Hall