51

The U.S. District Court,
915 Lafayette Blvd,
Bridgeport, CT 06604

DATE: 10th Oct., 2003

Doc. #: 3:02-CV-01615 jmc

BEN. GYADU Vs HARTFORD INS. Co. of Illinois And David Sja D/B/A CRC Services.

## MOTION FOR EXTENSION OF TIME

The Court's ruling dated the 19th Sept., 2003, granting the defendants Motion to Dismiss and denying all the plaintiff's motions was mailed to plaintiff five (5) days later on the 24th Sept., 2003 as it would be discovered from the date stamp of the back of the envelope

*(margin note: Motion for extension granted to Nov. 28, 2003)*
*(stamp: FILED 03 NOV -3 P 4:44 US DISTRICT COURT BRIDGEPORT CT)*