UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BEN GYADU, | CIVIL ACTION NO. |
| Plaintiff, | |
| | 3:02 CV 1615 (JCH) |
| v. | |
| HARTFORD INSURANCE CO. OF ILLINOIS, ET AL. | |
| Defendants. | November 5, 2003 |

## MOTION FOR WITHDRAWAL OF APPEARANCE

The undersigned, Catherine L. Creager, moves for permission to withdraw her appearance on behalf of the defendant, Hartford Insurance Co. of Illinois, in the above captioned matter for the reason that she is no longer associated with the law firm of Bai, Pollock, Blueweiss & Mulcahey, P.C. as of July 18, 2003.

The representation of the above-named defendant before this court in this matter is handled by Attorney Raymond J. Plouffe, Jr., whose appearance is already filed herein.

By: *Catherine L. Creager*
Catherine L. Creager, ct23645
COLES, BALDWIN & CRAFT, LLC
1261 Post Road, P. O. Box 577
Fairfield, CT 06430
Tel. (203) 319-0800
Fax (203) 319-1210

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed postage prepaid, on the 5th day of November, 2003, to the following counsel and pro se parties of record.

Ben Gyadu
P.O. Box 4314
Waterbury, CT 06704

Paul T. Edwards
Danaher, Lagnese & Neal, P.C.
21 Oak St.
Hartford, CT 06106

Raymond J. Plouffe, Jr.
Bai, Pollock, Blueweiss & Mulcahey
Park City Plaza
10 Middle Street
Bridgeport, CT 06604

*Catherine L. Creager* (signature)
Catherine L. Creager