

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2003 NOV -5 P 12: 44

US DISTRICT COURT
BRIDGEPORT CT

BEN GYADU,

                Plaintiff,

      v.

HARTFORD INSURANCE CO.
OF ILLINOIS, ET AL.

               Defendants.

CIVIL ACTION NO.

3:02 CV 1615 (JCH)

November 5, 2003

## MOTION FOR WITHDRAWAL OF APPEARANCE

The undersigned, Catherine L. Creager, moves for permission to withdraw her appearance on behalf of the defendant, Hartford Insurance Co. of Illinois, in the above captioned matter for the reason that she is no longer associated with the law firm of Bai, Pollock, Blueweiss & Mulcahey, P.C. as of July 18, 2003.

The representation of the above-named defendant before this court in this matter is handled by Attorney Raymond J.Plouffe, Jr., whose appearance is already filed herein.

By: _Catherine L. Creager_
      Catherine L. Creager, ct23645
      COLES, BALDWIN & CRAFT, LLC
      1261 Post Road, P. O. Box 577
      Fairfield, CT 06430
      Tel. (203) 319–0800
      Fax (203) 319-1210

MOTION GRANTED.

SO ORDERED.

FILED 11/9/03

2003 NOV 10 P 3: 47

US DISTRICT COURT
BRIDGEPORT CT