FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 NOV -3 P 12: 17

US DISTRICT COURT
BRIDGEPORT CT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BEN GYADU

    Plaintiff

vs.

HARTFORD INSURANCE COMPANY OF ILLINOIS

    Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

: CIVIL ACTION NO.
: 3:02-CV-01615 (JCH)
:
:
: OCTOBER 31, 2003

### OBJECTION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME

The undersigned defendant hereby respectfully objects to plaintiff's motion for an extension of time so that the plaintiff may potentially find an attorney to represent him and draft a motion for reconsideration and review of the judgment of dismissal, which entered in this matter on September 19, 2003.

The plaintiff[1] has filed numerous virtually identical actions against the undersigned defendant and/or its parent corporation, his employer's workers' compensation insurer, all arising out of the same set of circumstances and stating the same allegations pertaining to the plaintiff's 1986 work injury. After the Workers' Compensation Commission entered several unfavorable rulings regarding the plaintiff's claim for benefits, he began a series of duplicative failed lawsuits, culminating with the instant action. The frivolous nature of the plaintiff's litigation has been noted by the District Court and the Second Circuit.

---

[1] While the plaintiff is pro se, this court has previously recognized that he is a seasoned and experienced litigator at the federal and state levels. Gyadu v. Workers' Compensation Commission, 47 F. Supp.2d 272, 273 (D. Conn. 1999). He has also obtained several Bachelor's Degrees, and a Master's Degree in Business Administration. An injunction by the Second Circuit against the plaintiff remains in effect.

---

[Handwritten margin notes:]

58

Treating this as a Motion to reconsider the granting of the motion to extend, it is denied. The court fully understands defendant's frustration and objection. However, the court does grant to the pro se plaintiff a [illegible] of leniency.

FILED/Ordered

Copy 11/5/0[?]