FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2003 NOV -5 P 2: 38

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| BEN GYADU, | CIVIL NO: 3:02 CV 01615(JCH) |
| Plaintiff, | |
| v. | |
| HARTFORD INS. CO. OF ILLINOIS AND DAVID SOJA D/B/A CRC SERVICES, INC., | |
| Defendants. | NOVEMBER 4, 2003 |

### DEFENDANT, DAVID SOJA d/b/a CRC SERVICES, INC.'S OBJECTION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME DATED OCTOBER 10, 2003

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 9(b) and (e) of the Rules of the United States District Court for the District of Connecticut, the defendant, David Soja d/b/a CRC Services, Inc. ("Soja"), hereby submits the instant opposition to the plaintiff's Motion for Extension of Time dated October 10, 2003 for the reason that the motion is improperly filed.

**FACTS AND PROCEDURAL HISTORY**

On November 22, 2002, the defendant filed a Motion to Dismiss the plaintiff's action. On September 19, 2003, this Court (Hall, J.) granted the defendant's Motion to Dismiss. By way of Motion for Extension of Time dated October 10, 2003, the plaintiff is now seeking additional time beyond that allowed by the Rules of Civil Procedure to file a Motion for Reconsideration.

**LAW AND ARGUMENT**

Pursuant to Rule 9(e) of the Local Rules of Civil Procedure for the District of Connecticut, "Motions for Reconsideration shall be filed and served within ten (10) days of the filing of the decision or order from which such relief is sought. . ." Rule 6(b) of the Rules of

ASW//419614.1

---

*Handwritten margin notes (partially legible):* "Treating this as a motion to reconsider, it is granted. While the court understands defendant's frustration at plaintiff's request for extension of time, so ordered. 11/7/03 [signature]"