The U.S. District Court

915 Lafayette Blvd.,

Bridgeport, CT 06604

Date: 26th Nov., 2003

BEN. GYAOU Vs. HTFD. INS. COMP. OF ILLINOIS
                    PLUS
DAVID SOJA D/B/A C R C SERVICES

Doc. # : 3:02 - CV-01615 (JCH)

MOTION FOR THIRTY (30) DAYS EXTENSION
OF TIME OR WHATEVER TIME EXTENSION
THE COURT MIGHT DEEM APPROPRIATE WITH
RESPECT TO PLAINTIFFS URGENT AND CRITICAL NEED

The Court gratefully
granted the plaintiff an Extension Of Time
to enable the plaintiff Search for Counsel
to assist the plaintiff to file his papers
to Open the Case to Review/Re-Consider the

Page 2

Courts Dismissal Ruling which upon all facts and supporting documents would, without a doubt, be found to be in grevious error.

By the Courts action which granted the plaintiff an Extension Of Time for plaintiff's search for Counsel, the plaintiff is not only about to get Counsel to assist him to file his papers for a Review/Re-Consideration of the Courts Dismissal Ruling and, at least, correct the findings to put a stop to the on-going cycle of MANIFEST INJUSTICES against the plaintiff in plaintiff's quest for justice, but the plaintiff has also been able to Obtain additional facts and evidences upon which the Court would discover that

Page 3

The Dismissal Ruling was in grevious error.

Please, see a copy of the enclosed letter captioned: "PRE-PAID LEGAL SERVICES, INC.", EXH (1).

The plaintiff received the letter Monday, the 24th Nov., 2003 but as a consequence of the holidays, the plaintiff's efforts to have an appointment to discuss his case and need have been confronted with unexpected problems and delays. Infact the office will not open on the 27th, 28th, 29th Nov., 2003, until Monday, the 31st Nov., 2003.

The plaintiff has also contacted the CT Lawyer Referral Service and through them the plaintiff was contacted by various Attorneys

Page 4

such as Attorney Harry Gill of Ridgefield who declared that his specialty is in Divorce

The plaintiff has also contacted Attorney Cynthia Jennings of Barrister Law Group in Bridgeport, through referral from friends.

Attorney Cynthia Jennings asked the plaintiff to send her the legal papers. This was the beginning of the week

The plaintiff is about to finish putting his papers together and send them to Attorney Cynthia Jennings.

Please, see also EXH (2) i and EXH (2) ii

Under History of EXH (2) i, it is declared that Hartford Ins. Co. of Illinois was

Page 5

Incorporated in Illinois on November 5, 1979.
Commenced operations on January 1, 1980."

Under Annual Statement of
EXH(2) ii it is also declared that the
Hartford Ins. Co. Of Illinois is: "Organized
under the Laws Of Illinois"

As it would clearly be
discovered, Hartford Insurance Co. Of
Illinois is an Cent Of State Ins. co.

Hence the Court has the Diversity
Jurisdiction of plaintiff's action.

Further upon the plaintiff's
call to Hartford Ins. Co. Of Illinois, one
Supervisor who gave her name as Mitchelle
declared that the policy #: 31 WBMB 1372 E

Page 6

of the Carrier of plaintiff's, is that of
Hartford Ins. Co. Of Illinois

The Supervisor asked the
plaintiff to get her the Social Security #
of Mr. Ivan Smajkel and the Correct
Spelling of the name of Mr. Ivan Smajkel who suffered
the same work injury as plaintiff, around
the same time and locality, and successfully
brought a legal action at the same district
Court without any dismissal for lack Of
Diversity Jurisdiction

The Supervisor stated that she
would be in a better position to provide the
plaintiff with Specific information about Mr
Ivan Smajkel's Case if plaintiff provides

Page 7

them with the requested information

The plaintiff needs time extension to enable him to do also further research work to obtain the information requested by the Surpervisor

As it would clearly be discovered, the plaintiff urgently and critically needs time extension to enable him to (i) continue his efforts for Counsel, and (ii) get further information, facts and evidences for the Motion for Review / Re-Consideration

Plaintiff has written both Counsel about the need for Extension

The plaintiff should therefore be grateful if this Motion for additional Extension of Time is granted.

Respectfully Submitted

Ben. Gyadu (Self C.)
P.O. BOX 4314, Waterbury, CT
06704

APPENDIX

CERTIFICATION

This is to certify that a copy of the fore-going was mailed to the ff:

(a) Attorney Paul Pollock,
   10 Middle Street,
   Bridgeport, CT 06604

(b) The Law Office of Neal, Lagnese,
   21 Oak Street, 7th Floor,
   Hartford, CT 06106

   Thank you.
      Sincerely,
      Ben. Gyadu (5 of 6:),
      P.O. Box 4314,
         Waterbury, CT 06704.

# PRE-PAID LEGAL SERVICES®, INC.

*EXH (1)*

November 19, 2003


BEN GYADU                                  Effective Date: 10/27/2003
PO BOX 4314
WATERBURY, CT 06704-0314                   Membership #10071998560


Dear Member:

Congratulations on making an exceptional decision in choosing Pre-Paid Legal Services, Inc. to provide legal protection for yourself and your family.  In today's legal world, you can never have too much protection.

Enclosed with this letter is your Membership contract and an informational brochure explaining how to use your membership.  I strongly suggest that you review everything carefully and learn as much as you can about our product so that you may use the services we provide as effectively as possible.

Our best asset is our network of provider law firms.  These law firms are carefully selected and closely monitored to ensure you receive the best possible service. The beauty of it is that being a Pre-Paid member makes you one of your provider firm's biggest clients.  Your provider law firm is:

WILLINGER, WILLINGER & BUCCI, P.C.
855 MAIN STREET
BRIDGEPORT, CT 06604
800-811-4537

Pre-Paid also provides a trained customer service staff to assist you with any questions you may have regarding your membership.  They can be reached at 1-800-654-7757.

A great way to immediately begin realizing the value of your Pre-Paid membership is to have your provider firm prepare a Will for you.  Enclosed is a simple questionnaire that when completed and forwarded to your provider firm, at the above address, will result in a Will being prepared for you by the firm.

I would like to take this opportunity to thank you for choosing Pre-Paid Legal Services, Inc. and to tell you that we look forward to serving you for years to come.  Your membership cards are currently in the process of being personalized, please allow a few weeks for delivery.  Of course, you can use your membership at any time before the cards arrive.

Welcome,

Harland C. Stonecipher
Chairman of the Board

321 E. Main • Post Office Box 145          Ada, OK 74820 • 1-800-654-7757
460  01  48  8540

*ExH(2)i*

Home:  | Basic Search:  | Search Results:  | Company Details

# Hartford Insurance Company of Illinois

| Company Details | Company Financials | Create Reports | EDGAR | News | Annual Reports | Research | Portraits | T

Synopsis  |  Highlights  |  **History**  |  Joint
Ventures  |  Business  |  Property  |  Subsidiaries  |  Long Term
Debt  |  Executives  |  Capital Stock

## History

Incorporated in Illinois on November 5, 1979. Commenced operations on
January 1, 1980.

COPYRIGHT © 2003 MERGENT  |  PRIVACY POLICY  |  FEEDBACK

**PROPERTY AND CASUALTY COMPANIES - ASSOCIATION EDITION**

# ANNUAL STATEMENT

### For the Year Ended December 31, 2002
of the Condition and Affairs of the

# HARTFORD INSURANCE COMPANY OF ILLINOIS

NAIC Group Code.....0091,       0091
         (Current Period) (Prior Period)

NAIC Company Code..... 38288

Employer's ID Number..... 06-1010609

Organized under the Laws of Illinois

Country of Domicile   US

Incorporated..... November 5, 1979

State of Domicile or Port of Entry  Illinois

Commenced Business..... January 1, 1980

| | | |
|---|---|---|
| Statutory Home Office | 4245 Meridian Parkway..... Aurora ..... IL ..... 60504<br>(Street and Number)    (City or Town, State and Zip Code) | |
| Main Administrative Office | Hartford Plaza..... Hartford ..... CT ..... 06115-0000<br>(Street and Number)    (City or Town, State and Zip Code) | |
| Mail Address | Hartford Plaza..... Hartford ..... CT ..... 06115-0000<br>(Street and Number or P. O. Box)    (City or Town, State and Zip Code) | 860-547-5000<br>(Area Code)  (Telephone Number) |
| Primary Location of Books and Records | 4245 Meridian Parkway..... Aurora ..... IL ..... 60504<br>(Street and Number)    (City or Town, State and Zip Code) | |
| Internet Website Address | www.thehartford.com | 630-692-8657<br>(Area Code)  (Telephone Number) |
| Statement Contact | David P. Halper<br>(Name)<br>statement.questions@thehartford.com<br>(E-Mail Address) | 630-692-8657<br>(Area Code) (Telephone Number) (Extension)<br>860-547-3622<br>(Fax Number) |
| Policyowner Relations Contact | Hartford Plaza..... Hartford ..... CT ..... 06115-0000<br>(Street and Number)    (City or Town, State and Zip Code) | 860-547-4707<br>(Area Code) (Telephone Number) (Extension) |

## OFFICERS

President ..... David Kenneth Zwiener      Treasurer ..... John Nicholas Giamalis  #      Secretary ..... Brian Stuart Becker  #

### VICE PRESIDENTS

| | | | |
|---|---|---|---|
| Judith Ann Blades  # | Fredrick Henry Eppinger  # | Joseph Zigmund Gauches | Calvin  Hudson |
| James Paul Kennedy | David Richard Robb | Raymond James Sprague | Neal Stephen Wolin |
| David Harold Annis | Ann Boucher Glover  # | Randall Irwin Kiviat | David Mark Znamierowski |
| Brian Stuart Becker  # | Michael John Dury | John Nicholas Giamalis | Richard William Palczynski |
| Robert Jennings Price  # | | | |

## DIRECTORS OR TRUSTEES

| | | | |
|---|---|---|---|
| Ramani  Ayer | Randolph Amory Dalton | Timothy  Galvin III | David Philip Halper |
| Donald Joseph LaValley | Carol Diane Murphy | Neal Stephen Wolin | David Mark Znamierowski |
| David Kenneth Zwiener | | | |

State of........     Connecticut
County of.....     Hartford

The officers of this reporting entity being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively.

| (Signature) | (Signature) | (Signature) |
|---|---|---|
| David Kenneth Zwiener | Brian Stuart Becker | John Nicholas Giamalis |
| (Printed Name) | (Printed Name) | (Printed Name) |
| President | Secretary | Treasurer |

Subscribed and sworn to before me this

.............day of ................................................................, 2003

.........................................................................................

a. Is this an original filing?     Yes [ X ]     No [     ]

b. If no:     1. State the amendment number

         2. Date filed.....

3. Number of pages attached.....

EXH(3).

BEN GYASU,
P. O. Box 4314,
Waterbury, CT 06704
Date: 25th Nov, 2003

Attorney Paul Pollock,
10 Middle Street,
Bridgeport, CT 06604
        Plus

The Law Office Of Neal, Lagnese

21 Oak Street, 7th Floor
Hartford, CT 06106
REF:
        BEN. GYASU Vs Hartford Ins. Co.

Of Illinois Plus David Szja D/B/A CRC
    Services    Doc.#: 3:02-CV-01615

Dear Counsel For Defendants,

    REQUEST FOR YOUR VIEW ON PROPOSED
ADDITIONAL EXTENSION OF TIME TO FILE
MOTION FOR REVIEW/RE-CONSIDERATION

                        The plainti

Page 2

was initially granted an Extension Of time to enable him to look for Counsel who would assist the plaintiff to file his Motion For Review/ Re-consideration     The plaintiff is at the middle of his search for Counsel. Please, see a copy of the enclosed correspondence labelled S(1)     The time that was granted to plaintiff is being exhausted while plaintiff is yet to get Counsel who would assist the plaintiff to file his papers for the Review

The plaintiff therefore has to request additional Extension Of Time of about thirty (30) days to enable him to obtain Counsel to file his papers for the Motion for Review/ Re-consideration and would like to know your position about this intended

Page 3

Motion for an additional thirty (30) days Extension Of Time To continue his search for Counsel and file his papers for the Motion For Review / Re-Consideration.

You could write or call the plaintiff on (203) 558-3074.

Thank you in advance for your co-operation.

Sincerely,

Ben - Gyadu (P.A.)