02CV1615 MEXTIME

The U.S. District FILED

915 Lafayette Blvd.,    2003 DEC -1 P 12:31

Bridgeport, CT 06604    US DISTRICT COURT

Date: 26th Nov., 2003

BEN. GYABU Vs. HTFD. INS. COMP. OF ILLINOIS
PLUS
DAVID SOJA D/B/A CRC SERVICES

Doc. #: 3:02-CV-01615 mc (JCH)

MOTION FOR THIRTY (30) DAYS EXTENSION
OF TIME OR WHATEVER TIME EXTENSION
THE COURT MIGHT DEEM APPROPRIATE WITH
RESPECT TO PLAINTIFFS URGENT AND CRITICAL NEED

The Court gratefully granted the plaintiff an Extension of Time to enable the plaintiff search for Counsel to assist the plaintiff to file his papers to Open the Case to Review/Re-Consider the

[stamp: MOTION GRANTED for 30 days]
[stamp: SO ORDERED]