02CV1615 OBJ

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2003 DEC -8 P 12: 33

BEN GYADU,

    Plaintiff,

v.

HARTFORD INS. CO. OF ILLINOIS AND
DAVID SOJA D/B/A CRC SERVICES,
INC.,

    Defendants.

CIVIL NO: 3:02 CV 01615 (JCH)

DECEMBER 5, 2003

### DEFENDANT, DAVID SOJA d/b/a CRC SERVICES, INC.'S OBJECTION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME DATED NOVEMBER 26, 2003

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 9(b) and (e) of the Rules of the United States District Court for the District of Connecticut, the defendant, David Soja d/b/a CRC Services, Inc. ("Soja"), hereby submits the instant opposition to the plaintiff's Motion for Extension of Time dated November 26, 2003 for the reason that the motion is improperly filed.

### FACTS AND PROCEDURAL HISTORY

On November 22, 2002, the defendant filed a Motion to Dismiss the plaintiff's action. On September 19, 2003, this Court (Hall, J.) granted the defendant's Motion to Dismiss. By way of Motion for Extension of Time dated October 10, 2003, the plaintiff sought additional time beyond that allowed by the Rules of Civil Procedure to file a Motion for Reconsideration. The court granted the plaintiff's Motion on November 3, 2003. The plaintiff now seeks additional time to retain legal counsel to assist in the presentation of his case.

ASW//419614.1

[Handwritten marginalia: "Treating this as a Motion to Reconsider, it is granted. Objection of plaintiff's motion to extend. The court allows fact to grant of plaintiff's motion to extend. 12/10/03"]