FILED

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

2004 JAN 12  P 12: 54

US DISTRICT COURT
BRIDGEPORT CT

BEN GYADU,                          :  CIVIL NO: 3:02 CV 01615 (JCH)

    Plaintiff,                      :

    v.                              :

HARTFORD INS. CO. OF ILLINOIS AND   :
DAVID SOJA D/B/A CRC SERVICES,      :
INC.,                               :

    Defendants.                     :  JANUARY 9, 2004

## DEFENDANT, DAVID SOJA d/b/a CRC SERVICES, INC.'S OBJECTION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME DATED DECEMBER 21, 2003

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 9(b) and (e) of the Rules of the United States District Court for the District of Connecticut, the defendant, David Soja d/b/a CRC Services, Inc. ("Soja"), hereby submits the instant opposition to the plaintiff's "Motion for Extension of Time Notwithstanding the Granting of Previous Such Motions or in the Alternative Motion to Open Judgment to Allow the Filing of Motion for Review/Re-Consideration" dated December 21, 2003 for the reason that the motion is improperly filed.

### FACTS AND PROCEDURAL HISTORY

On November 22, 2002, the defendant filed a Motion to Dismiss the plaintiff's action. On September 19, 2003, this Court (Hall, J.) granted the defendant's Motion to Dismiss. By way of Motion for Extension of Time dated October 10, 2003, the plaintiff sought additional time beyond that allowed by the Rules of Civil Procedure to file a Motion for Reconsideration. The Court granted the plaintiff's Motion on November 3, 2003. On November 26, 2003, the plaintiff filed a "Motion for Thirty (30) Days Extension of Time or Whatever Time Extension the Court Might Deem Appropriate with Respect to Plaintiff's Urgent and Critical Need." (As of the date of this Objection,

ORD//422749.1

the Court has not yet issued a ruling with respect to that Motion.)    The plaintiff continues to seek additional time to retain legal counsel to assist in the presentation of his case, without success.

## LAW AND ARGUMENT

This is now the plaintiff's third Motion for Extension of Time since this Court granted the undersigned defendant's Motion to Dismiss this action on September 19, 2003. This is an action which in various forms the plaintiff has filed on numerous occasions in the past several years. He has never had the services of a lawyer to prosecute this claim, he has had ample time even prior to the granting of the Motion to Dismiss since September, 2003 to secure the services of a lawyer and even since then has had over three months time to retain a lawyer. The time has come to bring this litigation to an end and to stop this litigious plaintiff from continuously subjecting the defendant to these vexing and baseless claims.

The defendant, therefore, respectfully objects to the plaintiff's Motion for Extension of Time dated December 21, 2003.[1]

WHEREFORE, for all the foregoing reasons, the defendant respectfully requests that the plaintiff's Motion for Extension of Time be denied.

---

[1]Defense counsel acknowledges that a letter was written by the plaintiff dated December 19, 2003 seeking additional time to complete his research and the search for counsel. **However, defense counsel further respectfully submits that this letter was received on December 29, 2003 in conjunction with** the plaintiff's request for additional time.

THE DEFENDANT,
DAVID SOJA D/B/A CRC SERVICES, INC.

BY: _____

Paul T. Edwards, Esq.
Federal Bar No.: ct13331
Andrew S. Wildstein, Esq.
Federal Bar No.: ct22635
DANAHER, LAGNESE & NEAL, P.C.
21 Oak Street
Hartford, Ct 06106
Phone: (860) 247-3666
Fax:  (860) 547-1321
awildstein@dtln.com
pedwards@dtln.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this _____ day

of January, 2004  to all counsel and *pro se* parties of record as follows:

Mr. Ben Gyadu
P.O. Box 4314
Waterbury, CT 06704

Raymond J. Plouffe, Jr., Esq.
Bai, Pollock, Blueweiss & Mulcahy, P.C.
10 Middle Street
Bridgeport, CT  06604

_____
Paul T. Edwards