UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BEN GYADU : | |
|     Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3-02-cv-1615 (JCH) |
| : | |
| HARTFORD INSURANCE CO. : | JANUARY 28, 2004 |
| OF ILLINOIS, ET AL : | |
|     Defendants : | |

**RULING RE: [DKT. NO. 68]**

    The plaintiff has filed a Motion for Extension of Time Notwithstanding the Granting of Previous such Motions or in the Alternative Motion to Open Judgment to Allow the Filing of Motion for Review/Re-Consideration [Dkt. No. 68]. The court will not repeat the history of this case, as well as litigations prior to this particular one by the plaintiff, against one or more of the defendants, all of which is recited in the court's prior opinions. On September 19, 2003, this court granted the defendants' Motion to Dismiss [Dkt. No. 52]. The plaintiff has filed two previous motions for extensions of time to file a motion for reconsideration, and one motion for extension of time to file an appeal, all of which the court granted. [Dkt. Nos. 56, 57, 64]. The plaintiff now moves for a third extension of time for his reconsideration motion.

    The court was reluctant to grant the prior motions to extend, but given the plaintiff's pro se status, the court did so. However, the plaintiff fails to come forward with a basis to justify the repeated extensions of time to move for reconsideration. He initially requested time to obtain a lawyer and suggested that he was close to engaging one. That no longer

seems to be the case. He now also claims that he is investigating someone else's case, which might be helpful to the claims he wishes to ask the court to reconsider. However, there must be an end to litigation at some point. This particular case was filed approximately 16 months ago (filed 9/12/02), and prior litigation involving this plaintiff and his claims against these or other defendants go back many years. <u>See</u> Ruling on Defendants' Motions to Dismiss [Dkt. No. 52].

Accordingly, for failure to state good cause for the granting of his further extension of time, plaintiff's Motion for Extension of Time is denied, and his alternative Motion to Open Judgment to allow the filing of a Motion for Review/Re-Consideration is denied. [Dkt. No. 68].

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 28th day of January, 2004.


/s/ Janet C. Hall
Janet C. Hall
United States District Judge