UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEN F. GYADU | : | CIVIL ACTION NO. |
| Plaintiff | : | 3-02-cv-1615 (JCH) |
| v. | : | |
| | : | |
| HARTFORD INS. CO, ET AL | : | FEBRUARY 13, 2004 |
| Defendants | : | |

**ENDORSEMENT RULING [DKT. NO. 72]**

Plaintiff's Motion for Critical Review/Reconsideration of Ruling, filed February 11, 2004 [Dkt. No. 72] is hereby DENIED. There is no basis to reconsider.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 13th day of February, 2004.


/s/ Janet C. Hall
Janet C. Hall
United States District Judge