02cv1615 request

The U.S. District Court,

Bridgeport, CT 06604

Date: 10th Febr., 2004

Doc #: 3:02-CV-01615 (JCH)
BEN. GYADU Vs HTFD. INS. Co. of Illinois, ET AL.

REQUEST TO FILE EXH(1) & EXH(2) THAT WERE SUPPOSED TO ACCOMPANY THE MOTION FOR REVIEW DATED THE 5TH FEBR. 2004, BUT WERE UNKNOWINGLY NOT ATTACHED TO THE MOTION BEFORE MAILING IT TO THE COURT

Plaintiff has just discovered that he might not have attached the referenced EXH(1) and EXH(2) critical to the Motion for Review/Re-Consideration dated the 5th Febr., 2004 before mailing it to the Court. The