76

Motion denied for failure to state a ground to defend. So Ordered. Copy 4/1/04

FILED

The U.S. District FILED JMS

2004 MAR 31 A 9 51
U.S. DISTRICT COURT
BRIDGEPORT, CONN

915 Lafayette Blvd.

Bridgeport, CT 06604

Date: 24th March, 2004

BEN. GYAMU Vs Htfd. Ins. Co. Of Illinois, ET AL
Doc. #: 3:02-CV-01615 (JCH)

## MOTION TO STAY

Plaintiff moves for a Stay

2004 APR -5 PM 3:05
U.S. DISTRICT COURT
BRIDGEPORT CONN

of proceedings on the notice of appeal due to the following:

A.

The District Court would be able to review the plaintiff's Motion To Set Aside Judgement On Voidness Grounds per