78

**FILED** The U.S. District Court,

2004 APR -8 P 2: 15
U.S. DISTRICT COURT
BRIDGEPORT, CONN

915 Lafayette Blvd.,

BRIDGEPORT, CT 06604

DATE: 24th MARCH, 2004

BEN. GYADU Vs HTFD. INS. CO. OF ILLINOIS, ET AL.
DOC. #: 3:02-CV-01615 (JCH)

## MOTION TO OPEN AND SET ASIDE JUDGEMENT AS VOID PURSUANT TO RULE 60(b)(4)

Pursuant to Rule 60(b)(4) which authorizes relief from void judgements, the plaintiff moves to Open And Set Aside the judgement on voidness grounds

Based upon the following it would clearly