FORM 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2004 MAR 15  P 2: 14
U.S. DISTRICT COURT
BRIDGEPORT, CONN

BEN. GYASU

v.    CIVIL CASE NO. 3:02-CV-01615 (JCH)

HTFD. INS. CO. OF ILLINOIS PLUS
DAVID SOJA D/B/A CRC SERVICES

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __BEN. GYASU__ hereby gives notice and
   (appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following
Judgment or Order (attach a copy of the Judgment or Order):

THE COURT DISMISSED THE ACTION FOR LACK OF DIVERSITY JURISDICTION. THE PLAINTIFF LATER SENT THE COURT DOCUMENTS THAT PROVED THAT THERE EXIST THE DIVERSITY JURISDICTION BUT THE COURT FAILED TO EXAMINE THE DOCUMENTS

2. The Judgment/Order in this action was entered on __13TH FEBR., 2004__
   (date)

Signature

Print Name: BEN. GYASU

Address: P.O. BOX 4314
WATERBURY, CT 06704

Date: 15TH MARCH, 2004

Telephone Number: (203) 558-3074

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

rev. 7/02

CERTIFICATION

This is to certify that a copy of the Notice of Appeal was mailed to the ff:

(1) The Law Office of Tedford, Lagnese, Neal
21 Oak Street, 7th Floor,
Hartford, CT 06106

(2) Attorney Paul Pollock,
10 Middle Street,
BRIDGEPORT, CT 06604

Sincerely,
BEN. GYAJU,
P.O. BOX 4314,
Waterbury, CT 06704