**FILED**

2004 APR 26 P 3: 26

U.S. DISTRICT COURT
BRIDGEPORT, CONN

The U.S. District Court,

915 Lafayette Blvd.,

Bridgeport, CT 06604

Date: 20th Apr., 2004

Doc. #: 3:02-CV-01615 (JCH)

BEN. GYADU Vs Hartford Ins. Co. Of Illinois, ET AL

MOTION TO SET ASIDE PURSUANT TO RULE 60(b)(4)

The plaintiff moves to set aside pursuant to Rule 60(b)(4), the order that denied the Motion For A Stay. The Court denied the motion on the grounds that the plaintiff had failed "to state a good cause." In the