UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BEN GYADU : | |
|     Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3-02-cv-1615 (JCH) |
| : | |
| HARTFORD INS. CO. OF : | MAY 12, 2004 |
| ILLINOIS, ET AL : | |

### ENDORSEMENT ORDER [Dkt. No. 83]

Motion denied. The plaintiff sets forth nothing new, either factual or legal, for the court to consider. No manifest injustice results from denying this motion.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 12th day of May, 2004.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge