FILED The U.S. District Court,

2004 JUL -7 A 11:55

U.S. DISTRICT COURT
BRIDGEPORT, CONN

915 Lafayette Blvd.,

Bridgeport, CT 06604

Date: 25th June, 2004

BEN. GYASU Vs HTFD. INS. Co. OF ILLINOIS, ETAL
Doc.#: 3:02-CV-01615 (JCH)

REQUEST TO UPDATE RECORD SENT TO 2nd CIRCUIT

Plaintiff requests that the file
that was sent to the U.S. Court Of Appeals, 2nd
Circuit, be updated to reflect the record of
rulings that came after the file had been
sent to the 2nd Circuit in New York for the
appeal.

Respectfully Submitted,
BEN. GYASU. P.O. BOX 4314, Waterbury, CT 06704.

CERTIFICATION

This is to certify that a copy of the fore-going
was mailed to :

(i)   Attorney Saul Pollock,

      10 Middle Str.

      Bridgeport, CT 06604


(ii)  The Law Office Of Janaher, Tedford, Neal

      21 Oak Street, 7th Floor,
      Hartford, CT 06106


      Sincerely,

      Ben. Gyadu,

      P.O. BOX 4314

      Waterbury, CT 06704.